FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 07 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE ALBERTO LAINEZ-CARIAS

Defendant.

NO. MJ16-474

COMPLAINT for VIOLATION
U.S.C. Title 8 Section 1326(a)
(Illegal Reentry After Deportation)

(Felony)

BEFORE Mary Alice Theiler, United States Magistrate Judge, United States Courthouse, 700 Stewart Street, Seattle, Washington.

COUNT I

On or about November 3, 2016, at Seattle, within the Western District of Washington, JOSE ALBERTO LAINEZ-CARIAS, an alien, a native and citizen of Honduras, who was previously arrested and deported from the United States on May 10, 2012, at Alexandria, Louisiana, was found after knowingly and voluntarily reentering the United States without the express consent of the Secretary of the Department of Homeland Security.

All in violation of Title 8, United States Code, Section 1326(a).

The undersigned complainant being duly sworn states:

COMPLAINT/ LAINEZ-CARIAS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1.     I, Carina G. Benito, am a Deportation Officer in the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), assigned to the Office of Enforcement and Removal Operations (ERO) for the Seattle District Field Office in Tukwila, Washington. I am a Deportation Officer of ICE, and its predecessor, the Immigration and Naturalization Service (INS). Part of my duties entails the location and apprehension of foreign nationals in the United States who are or have been engaged in criminal activity.

    The following information is based on my investigation, the investigation of other officers and agents of ICE, official records of United States Citizenship and Immigration Services (hereinafter "CIS"), and the records of the United States District Court for Southern District of Texas.

2.     My investigation has revealed that CIS maintains alien registration administrative file, commonly referred to as an A-file, 078 171 616, on JOSE ALBERTO LAINEZ-CARIAS. A-file 078 171 616 is the official Immigration file maintained by CIS, and is a consolidated repository of all known Immigration contacts with JOSE ALBERTO LAINEZ-CARIAS hereinafter "defendant." Documents in the A-file show the defendant is a native and citizen of Mexico.

3.     The A-file of the defendant contains certified conviction documents documenting the defendant was convicted in the United States District Court for the Southern District of Texas in cause number 07CR01360-001 for the offense of Reentry After Deportation in violation of in violation of 8 U.S.C. § 1326(a) and sentenced to 15 months on July 5, 2008.

4.     Within the A-file of the defendant, there are five (5) executed I-205, Warrant of Removal/Deportation. These documents reflect that the defendant was deported on the following dates and at the following locations:

    a.    May 10, 2012, at Alexandria International Airport, Louisiana.

    b.    January 14, 2012, at El Paso, Texas.

    c.    September 13, 2007, at Alexandria International Airport, Louisiana.

        d.      May 19, 2005, at Laredo, Texas.

        e.      October 4, 2001, at Dallas, Texas.

The Forms I-205 bear the fingerprints and photographs of the defendant as physical proof of his deportations from the United States to Honduras.

5.      On August 24, 2001, the defendant was ordered removed by the Immigration Judge at Dallas, Texas. The defendant was deported to Honduras on October 4, 2001.

6.      On November 3, 2016, the defendant was located by Deportation Officer Kurt Berg, with Seattle's ERO Criminal Alien Program, at King County Jail at Seattle, Washington, where the defendant was in custody for charges related to a Violation of the Uniform Controlled Substance Act and Theft. Officer Berg was able to obtain the defendant's A-file. The defendant's A-file contains documents of his previous removals in 2012, 2010, 2007, 2005, 2001 and his judgement in a criminal case for Reentry after Deportation. The defendant remains in King County Jail custody.

7.      On November 3, 2016, I along with Deportation Officer Wilfredo Santiago interviewed the defendant at King County Jail, and advised the defendant of his *Miranda* rights via a standard ICE Statement of Rights form. The defendant indicated that he understood his rights, and he was not willing to answer the questions without an attorney.

8.      On November 3, 2016, DO Santiago fingerprinted the defendant at King County Jail. On the same day DO Santiago and I electronically submitted the defendant's fingerprints to the FBI via the Integrated Automated Fingerprint Identification System (IAFIS). I submitted the defendant's fingerprints as a Search with Verification Transaction, which is a request to an FBI fingerprint examiner to confirm a potential match between the defendant and other IAFIS candidates as maintained by the FBI's Criminal Master File. On November 3, 2016, we obtained positive confirmation from the FBI that the fingerprints we submitted of the defendant were an exact match with FBI number 89628TB9 and his conviction for Illegal Reentry as noted in paragraph

three above. This is the same FBI number associated with the defendant's immigration file, 078 171 616.

10. I have conducted a complete and thorough review of the defendant's Immigration A-file 078 171 616, which contains no evidence that he has ever applied for or received permission to reenter the United States after deportation.

11. Based on the foregoing, I have probable cause to believe that JOSE ALBERTO LAINEZ-CARIAS has reentered the United States knowingly and voluntarily without the express consent of the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

_____
Carina G. Benito, Complainant
ICE Deportation Officer

Reviewed by AUSA Don Reno

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence this November 7, 2016, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

_____
Mary Alice Theiler
United States Magistrate Judge