MAR 27 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALBERTO LAINEZ-CARIAS,<br><br>Defendant. | NO. CR18-074 RSM<br><br>INFORMATION (Felony)<br><br>U.S.C. Title 8, Section 1326(a)<br>(Illegal Reentry After Deportation) |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT I

On or about November 3, 2016, at Seattle, within the Western District of Washington, JOSE ALBERTO LAINEZ-CARIAS, an alien, a native and citizen of Honduras, who was previously arrested and deported from the United States on

//
//
//
//
//
//
//
//

INFORMATION/JOSE ALBERTO LAINEZ-CARIAS - 1

May 10, 2012, at the Alexandria International Airport, Alexandria, Louisiana was found, after knowingly and voluntarily re-entering the United States as an alien without the express consent of the Secretary of the Department of Homeland Security.

All in violation of Title 8, United States Code, Section 1326(a).

DATED this _____ day of March 2018.

_____
ANNETTE L. HAYES
United States Attorney

_____
KATHERYN FRIERSON
Assistant United States Attorney

_____
DONALD M. RENO, JR.
Assistant United States Attorney

INFORMATION/JOSE ALBERTO LAINEZ-CARIAS - 2

UNITED STATES ATTORNEY
SUITE 5220
700 STEWART STREET,
SEATTLE, WASHINGTON 98101
(206) 553-7970