UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR18-074-RSM |
|---|---|
| Plaintiff, | **UNITED STATES'** |
| v. | **MOTION TO DISMISS** |
| | **THE INFORMATION** |
| JOSE ALBERTO LAINEZ-CARIAS, | NOTE ON MOTION CALENDAR: |
| Defendant. | April 13, 2018 |

The United States of America, by and through its undersigned counsel, moves to dismiss the Information filed in this case (Dkt. No. 9), without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. A proposed Order of Dismissal is submitted with this motion.

///

///

Motion to Dismiss Information - 1
United States v. Lainez-Carias, CR18-074-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 5th day of April, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*Michelle Jensen* (signature)

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Motion to Dismiss Information - 2
*United States v. Lainez-Carias,* CR18-074-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that, on April 5, 2018, I electronically filed the foregoing Motion with the Clerk of the Court using CM/ECF system, which automatically serves the parties of record.

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Motion to Dismiss Information - 3
United States v. Lainez-Carias, CR18-074-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970