# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALBERTO LAINEZ-CARIAS,<br><br>Defendant. | No. CR18-074-RSM<br><br>**ORDER OF DISMISSAL** |

THIS MATTER comes before the Court on the United States' Motion to Dismiss the Information ("Motion") filed against Defendant Jose Alberto Lainez-Carias, without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a). The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby ORDERS:

The Information filed against Defendant Jose Alberto Lainez-Carias in this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

///

Order of Dismissal
*United States v. Lainez-Carias,* CR18-074-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 10th day of April, 2018.

[signature]
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

 /s Michelle Jensen
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Order of Dismissal
*United States v. Lainez-Carias,* CR18-074-RSM